**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) Vs. ) ) ANDRES SANTOS-AGUILAR, ) ) Defendant. ) ) | No. CR 00-759 PHX RCB  O R D E R |

The court has considered defendant's Motion to Petition for Speedy Trial and the government's response. No reply has been filed.

The government opposes the Motion but, notwithstanding, indicates that it will move for a Writ to move the defendant to this district for trial. Accordingly, the court will deny the motion as moot without prejudice to the right of the defendant to re-raise the issue if no application for a Writ is forthcoming.

IT IS ORDERED denying Motion to Petition for Speedy trial as moot without prejudice to the right of the defendant to re-raise

. . .

1 | the issue if no application for a Writ is forthcoming.
2 |     DATED this 23rd day of January, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record

-2-